FILED Rcvd
RICHARD W. NAGEL
CLERK OF COURT

2017 OCT -2 PM 3: 22

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### _____ DIVISION

▬▬▬▬▬▬▬▬▬▬
Plaintiff  M. D. H.

vs.

CASE NO. 2:17 cv 865

Judge Watson

COMMISSIONER OF
SOCIAL SECURITY,
Defendant

MAGISTRATE JUDGE VASCURA

## COMPLAINT

The above named plaintiff makes the following representations to this court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff.

1. The plaintiff is a resident of __Athens__, __Ohio__.
   (City)           (State)
   Plaintiff's last four digits of their Social Security Account No. are __2105__

2. The plaintiff complains of a decision which adversely affects the plaintiff in whole or in part. The decision has become the final decision of the Secretary for purposes of judicial review and bears the following caption:

| IN THE CASE OF | CLAIM FOR |
|---|---|
| __M. D. H.__ | __S. S. I.__ |
| (Claimant) | |
| (If Minor Child-only use initials) | |
| | |
| (Wage Earner) | (Last Four Digits of Social Security No.) |

3. The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405 (g).

Wherefore, plaintiff seeks judicial review by this court and the entry of judgment for such relief as may be proper, including costs.

M. D. H. ▬▬▬

Date __9-29-17__

Plaintiff
__9611 State Route 356__
Street Address
__New Marshfield, Ohio__
City           State      Zip  __45766__
__1-740-664-1028__
Telephone Number



here is some more papers on ▓▓▓▓ M.D.H. ▓▓▓▓ case. If you have questions please feel free to call
740-664-1028
Thank-you
Kimberly Holland

**Patient:** ▓▓▓▓▓▓▓▓ M.D.H.      **Provider:** Diana E Beko-Stretton, LPCC-S, NCC
**Account Number:** 306301
**DOB:** 11/23/2000    **Age:** 16 Y    **Sex:** Male      **Date:** 08/02/2017
**Phone:** 740-664-1028
**Address:** 9611 State Route 356, New Marshfield, OH-45766
**Pcp:** Health Centers Hopewell

## Subjective:
**Chief Complaints:**

**Medical History:** Chronic constipation, Tremors.
**Allergies:** Sulfa: hives.

## Objective:

## Assessment:
**Assessment:**
1. Moderate episode of recurrent major depressive disorder - F33.1
2. Active autistic disorder - F84.0
3. Anxiety state, unspecified - F41.1

## Plan:

### Care Plan Details
**Plan - ISP**

| ISP Type | ISP review | |
|---|---|---|
| Does the client have a co-occuring disability or disorder? | Yes | |
| What is/are the co-occuring disability(s) or disorder(s)? | Other | |
| Specify other co-occuring disorders | Specific Learning disability | |
| Be sure to describe how the ISP addresses issue(s) in an integrated manner. If treatment/referral is outside agency; who and what. | Counselor will assist with any material that needs read. | |
| Desired results in client's words: | not feel sad and use coping skills | |
| Strengths | Family supportive | |
| Abilities | Creative | |
| Preferences | Counseling;Pharmacologic Management Services | |
| How will the above Strengths, Abilities and Preferences be used to meet treatment goals? | Client guardian will bring him to counseling sessions. | |
| Skills/Knowledge needed: | Increased insight and judgment | |
| Natural/Community supports needed: | Guardians | |
| Parent/Guardian/Community/Other will: | Not clinically indicated | |
| Therapeutic Intervention(s) used service description and Responsible: Type of Provider | Counseling Individual and Group by Therapist;CPST Individual and Group by QMHS, Trained Other or Therapist;Pharmacologic Management by MD, DO, APRN;Nurse Pharmacologic | |

|  | Management by RN, LPN |  |
| --- | --- | --- |
| Therapeutic Intervention for Individual and Group Counseling | Behavior therapy, Person centered therapy, CBT, Reality Therapy |  |
| Frequency of Individual and Group Counseling | 1-4 x per month |  |
| Therapeutic Intervention for Individual and Group CPST | Assessment of needs, Monitoring, Eliminating Barriers, Coordinating/Linkages, Crisis Management, Advocacy, Education/Training, Empowerment/Skills Building |  |
| Frequency of Individual and Group CPST | PRN |  |
| Therapeutic Intervention of Pharmacologic Management; Frequency PRN | Assess, prescribe and monitor psychotropic medication and psychiatric symptoms |  |
| Therapeutic Intervention of Nurse Pharmacologic Management: Frequency PRN | Assist psychiatric providers as directed in monitoring psychotropic medication and psychiatric symptoms and treatment, med. Education |  |
| Therapeutic Intervention for Respite; Frequency PRN | Provide a safe, supervised residential environment during crisis; assess needs; provide with support, assist with problem solving, planning and crisis resolution |  |
| Goal #1 | Yes |  |
| Goal #1 in collaboration with client | Thinking |  |
| Linked treatment recommendation from: (for initial plan only) | DAS update |  |
| Date of DAS update | 08/02/2017 |  |
| Start date | 08/02/2017 |  |
| Target Completion date | 08/02/2018 |  |
| Objective #1 | Increase stop-and-think behaviors to improve good choices and reduce negative behaviors daily to less than once a week per parental and client reports for a three month period. |  |
| Start date | 08/02/2017 |  |
| Duration | 1 year |  |
| Client will: | Improve coping skills to reduce negative behaviors to once a week or less per parental and client reports for three months |  |
| AoD only youth level of care | Not applicable |  |
| Other agencies involved | School |  |
| School - Name, Contact and Title, Services Provided | Alexander school, various contacts, academic interventions |  |
|  | Client meets the criteria of |  |

Summary View for: [redacted] m.D.H.         Page 4 of 4

| Treatment recommendations/assessed needs: | counseling;Individual counseling;Pharmacologic Management | |
|---|---|---|
| Further evaluations needed: | None indicated | |
| Level of care/indicated services recommendation (youth AoD only) | None | |
| Client/guardian/family responses to recommendations: | In agreement | |
| Change in ISP required? | Yes (complete the ISP to record needed changes) | |

Provider: Diana E Beko-Stretton, LPCC-S, NCC
Patient: [redacted] m.D.H.    Date: 08/02/2017

Electronically signed by Diana Beko-Stretton, LPCC-S NCC on 08/02/2017 at 02:06 PM EDT
Sign off status: Pending

miD. H.

I am Cazy and evil.
I wonder about the mind.
I hear screms.
I see Dead Poeple at night.
I want a ghost car.

I am cazy and evil.
I Pretand to run Poeple over.
I feel burned skin on the wall.
I touch heads.
I worry about cops.
I cry when poeple are happy.

I am cazy and evil.
I understand that I am cazy.
I say Dive a car in a tree.
I dream death.
I try to run Poeple over.
I hope for darkness.
I am cazy and evil.

