UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kimberly Holland,
Parent on behalf of child, M.D.H.,

    Plaintiff,

v.                                                Case No. 2:17–cv–865

Commissioner of Social Security,      Judge Michael H. Watson
                                                  Magistrate Judge Vascura
    Defendant.

## ORDER

On November 20, 2018, United States Magistrate Judge Vascura, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Kimberly Holland's ("Plaintiff") Complaint, on behalf of her minor child, M.D.H., in this Social Security case. The R&R recommended overruling Plaintiff's statement of errors and affirming the Commissioner's decision. R&R 1, ECF No. 23.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 7–8. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the

District Court. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **OVERRULED**, and the Commissioner's finding is **AFFIRMED**. The Clerk shall enter judgment for the Commissioner and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**